# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER MARCOS MARTINEZ,<br><br>Defendant. | CASE NO.:  20CR03652-JLS<br><br>ORDER TO CONTINUE<br>MOTION HEARING/TRIAL SETTING |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue the Motion Hearing is GRANTED. The March 4, 2022 Motion Hearing/ Trial Setting is hereby continued to April 8, 2022, at 1:30 p.m.

**IT IS FURTHER ORDERED** that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A) and (h)(7)(B)(iv). The Court finds that pretrial motions are pending, that defense needs additional time to review and evaluate additional discovery, that the ends of justice served by the exclusion of time outweighs the best interest of the public and the defendant in a speedy trial, that failure to exclude time would result in a miscarriage of justice, and that failure to grant a continuance would deny the Defendant reasonable time necessary for effective preparation, notwithstanding the exercise of due diligence.

**SO ORDERED.**

Dated:  March 2, 2022

Hon. Janis L. Sammartino
United States District Judge