UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HON. JANIS L. SAMMARTINO

| UNITED STATES OF AMERICA, Plaintiff, v. WALTER MARCOS MARTINEZ Defendant. | CASE NO.: 20CR03652-JLS<br>Hon. Janis L. Sammartino<br>Courtroom 4D<br><br>ORDER TO CONTINUE MOTION HEARING |
|---|---|

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Hearing currently scheduled for May 20, 2022, be continued to **June 24, 2022 at 1:30 p.m.**

For the reasons set forth in the joint motion, It is further ordered that the time between May 20, 2022 and June 24, 2022, is excluded under the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7).

**SO ORDERED.**

Dated: May 18, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge